UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                Plaintiff,

-against-

                                            Case No. 7:17-mj-6468

Juan Estrada

                Defendant.
_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                            SO ORDERED.

                                            _____
                                            Hon. Martin R. Goldberg
                                            United States Magistrate Judge

Dated: <u>1/26/2018 *Nunc Pro Tunc*</u>
         Poughkeepsie, New York